Scottlynn J Hubbard, IV, SBN 212970
Stephanie L. Ross, SBN 297840
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
(530) 895-3252
E-mail: USDCCentral@hubslaw.com

Attorneys for plaintiff Michael Rocca

Stephen Abraham
**Stephen Abraham Law Offices**
1592 Pegasus Street
Newport Beach, CA 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366
stephen@abraham-lawoffices.com

Attorneys for Defendant United 26, Inc.

E:FILED: 06/14/2016

JS-6

# United States District Court

## Central District of California

| | |
|---|---|
| Michael Rocca, | Case No. 2:15-cv-04186-PSG-AS |
| Plaintiff, | |
| vs. | **[Proposed] Judgment** |
| United 26, Inc., | |
| Defendant. | |

Pursuant to the stipulation agreed to by both Plaintiff and Defendant, judgment is hereby entered in favor of Defendant as follows:

1. Judgment shall be entered against Plaintiff and in favor of Defendant United 26, Inc.

IT IS SO ORDERED.

DATED: 06/14/2016

PHILIP S. GUTIERREZ
Hon. Philip Gutierrez
United States District Judge